# LAW OFFICES OF MARTIN E. RESTITUYO, P.C.

1325 Avenue of the Americas, 28th Floor,
New York, New York 10019

28 Valley Road
Montclair, NJ 07042

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

November 8, 2022

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl St.
New York, New York 10007

      Re:    *Reyes v La Casa Del Mofongo 207 LLC*, Ca No 1:22-cv-07956 (PAE)(OTW)

Dear Judge Wang:

    This firm has just been retained to represent the defendants, La Casa Del Mofongo 207 LLC and Avi Dishi (the "Defendants") in the above referenced matter. The Defendants write to request a one-month adjournment of Your Honor's initial case management conference scheduled for November 16, 2022.

    In addition to the fact that Defendants' counsel will need a couple of weeks to interpose an answer, the undersigned is otherwise unavailable on November 16, due to the expected birth of a child. This is the Defendant's first request for an adjournment in this action. Plaintiff's counsel was consulted and he does not oppose this request.

    We thank the Court for its attention to this matter.

                                                     Very truly yours,

                                                     Martin E. Restituyo, Esq.

Cc: all counsel via ECF