January 13, 2023

<u>**VIA ECF**</u>
Hon. Ona T. Wang
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Hector De Jesus Cruz Reyes v. La Casa Del Mofongo 207 LLC, et al.*
            <u>Docket No.: 22-cv-07956 (PAE) (OTW)</u>

Dear Judge Wang:

      This firm represents Plaintiff *Hector De Jesus Cruz Reyes* against Defendants *La Casa Del Mofongo 207 LLC* and Avi Dishi in this matter, which alleges claims under the Fair Labor Standards Act and New York Labor Law. The Court entered an order directing the parties to meet and confer regarding a Department of Labor investigation involving Defendants and certain individuals that constitute putative collective action members by December 23, 2022 and to provide a status report regarding settlement discussions by today. Having conferred as directed, the parties have agreed to explore settlement on behalf of the Plaintiff through the SDNY mediation program. Accordingly, Plaintiff, on behalf of all parties, requests that the Court refer this matter to the SDNY mediation program.

      We thank the Court for its consideration of this request.

                                                          Respectfully submitted,

                                                          _/S/ David D. Barnhorn, Esq.__
                                                          DAVID D. BARNHORN, ESQ.

C:      All Counsel of Record *via* ECF