UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HECTOR DE JESUS CRUZ REYES, et al.,

        Plaintiffs,

        -against-

LA CASA DEL MOFONGO 207 LLC, et al.,

        Defendants.

-------------------------------------------------------------x

22-CV-7956 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 33, 34, and 35.

The Law Offices of Martin Restituyo, P.C., moved to withdraw as counsel of record for Defendants La Casa del Mofongo 207 LLC and Avi Dishi (collectively, "Defendants"). (ECF 33). The case is hereby **STAYED** until **August 25, 2023.** Defendants are directed to file a response to the motion to withdraw or file a new notice of appearance by **August 25, 2023.** Defendants' response shall explain why Defendants did not appear at mediation. (*See* ECF 35 at ¶ 6).

Counsel for Defendants is directed to serve a copy of this order on Defendants and file proof of such service on the docket.

**SO ORDERED.**

Dated: July 28, 2023
    New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge