UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
HECTOR DE JESUS CRUZ REYES, et al.,

          Plaintiffs,

          -against-

LA CASA DEL MOFONGO 207 LLC, et al.,

          Defendants.

---------------------------------------------------------------x

22-CV-7956 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court notes that Defendants failed to notify the Court pursuant to the May 17, 2024, Order whether they have obtained new counsel. The Court also notes that Plaintiffs have not obtained a certificate of default or moved for default. Plaintiffs are directed to propose a briefing schedule for a motion for default and must file any such motion by **Friday, October 11, 2024,** or risk dismissal for failure to prosecute.

Plaintiffs' counsel is further directed to serve a copy of this order on the Defendants and file proof of service on the docket.

**SO ORDERED.**

                                                                  _s/ Ona T. Wang_

Dated: September 13, 2024                         **Ona T. Wang**
      New York, New York                    United States Magistrate Judge