UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HECTOR DE JESUS CRUZ REYES, et al.,          :
                                             :
                Plaintiffs,             :        22-CV-7956 (PAE) (OTW)
                                             :
                -against-             :        **ORDER**
                                             :
LA CASA DEL MOFONGO 207 LLC, et al.,         :
                                             :
                Defendants.             :
                                             :
                                             :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 50.[1]

The parties' request for an extension of time and to adjourn the November 22, 2024, deadline to file a motion for default judgment is **GRANTED**. The November 22, 2024 deadline is hereby **ADJOURNED sine die**.

The parties are directed to file a joint status letter by **December 20, 2024,** apprising the Court of whether the parties intend to proceed with discovery or whether the parties request a referral to mediation or settlement. If the parties intend to proceed with discovery, they should include with their joint status letter on December 20 a 26(f) report.

       **SO ORDERED.**

Dated: November 22, 2024                 _s/ Ona T. Wang_
      New York, New York                **Ona T. Wang**
                                                   United States Magistrate Judge

---

[1] The parties' letter indicates that Defendants recently retained counsel.