**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
HECTOR DE JESUS CRUZ REYES, et al.,       :
                                          :
                Plaintiffs,               :      22-CV-7956 (PAE) (OTW)
                                          :
         -against-                        :      ORDER
                                          :
LA CASA DEL MOFONGO 207 LLC, et al.,      :
                                          :
                Defendants.               :
                                          :
                                          :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 52, in which the parties indicated they intend to proceed with discovery and included a 26(f) report.

The Court will hold an in-person status conference on **Thursday, January 30, 2025, at 10:30 a.m.,** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Because the parties' 26(f) report does not contain clear dates with the year, the parties are directed to file by **Monday January 27, 2025,** a proposed scheduling order for the remainder of the case.

**SO ORDERED.**

Dated: January 7, 2025  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge