```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HECTOR DE JESUS CRUZ REYES, et al.,             :
                                                :
                Plaintiffs,                     :        22-CV-7956 (PAE) (OTW)
                                                :
        -against-                               :        ORDER
                                                :
LA CASA DEL MOFONGO 207 LLC, et al.,            :
                                                :
                Defendants.                     :
                                                :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

On January 30, 2025, the Court entered the parties' proposed case management plan, setting the discovery deadlines for this case. (ECF 55). The parties are directed to file on **April 25, 2025,** and on the last business Friday of every month thereafter, a joint status letter ("JSL") apprising the Court on the progress of discovery. The parties' JSL should briefly summarize what discovery has been completed since the last letter, what the parties intend to complete before the next letter, and any issues that may be ripe for the Court.

**SO ORDERED.**

Dated: March 11, 2025  
       New York, New York

       *s/ Ona T. Wang*  
       **Ona T. Wang**  
       United States Magistrate Judge