

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

May 8, 2025

**VIA ECF**
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Hector De Jesus Cruz Reyes v. La Casa Del Mofongo 207 LLC, et al.*
              Docket No.: 22-cv-07956 (PAE) (OTW)

Dear Judge Wang:

      This firm represents Plaintiff Hector De Jesus Cruz Reyes and ten opt-in Plaintiffs (collectively as "Plaintiffs") against Defendants La Casa Del Mofongo 207 LLC and Avi Dishi in this matter, which alleges claims under the Fair Labor Standards Act and New York Labor Law ("NYLL"). Your Honor set a deadline for Plaintiffs to file a motion for leave to file an amended complaint for May 8, 2025. Plaintiffs write, with Defendants' consent, to request an extension of their deadline file a motion for leave to file an amended complaint.

      Specifically, the named Plaintiff intends to amend his pleading to add the ten opt-in Plaintiffs as named Plaintiffs and add an additional claim under the NYLL. Plaintiffs' counsel has completed the time consuming process of gathering information from the named Plaintiff and ten opt-in Plaintiffs necessary to prepare an accurate amended complaint and to contact all of them again to approve the proposed Amended Complaint once it was drafted, while also gathering information necessary to respond to Defendants' discovery requests.

      As previously noted, Defendants expressed they are willing to consider consenting to the filing of a proposed amended complaint. Plaintiffs' proposed Amended Complaint was provided to Defendants on May 1, 2025 for this purpose. Defendants have expressed that they are continuing to deliberate regarding whether they will consent to the filing of Plaintiff's proposed Amended Complaint and require additional time to make that determination. If Defendants are willing to agree to filing the proposed Amended Complaint, this will conserve the resources of the parties and the Court by avoiding unnecessary motion practice. In the event that Defendants do not agree, Plaintiffs will require additional time to prepare the motion to amend the Complaint and obtain declarations from the opt-in Plaintiffs in support of the motion.

Accordingly, Plaintiffs write, with Defendants' consent, to request a two-week extension of time until May 22, 2025 to submit their motion for leave to file an amended complaint. This is Plaintiffs' third request for an extension of this deadline.

Plaintiffs thank the Court for its kind consideration of this request.

Respectfully submitted,

_/S/ Matthew J. Farnworth, Esq.__
MATTHEW J. FARNWORTH, ESQ.

C:   All Counsel of Record


Application **GRANTED.** Plaintiff's deadline to file a motion for leave to file an amended complaint is hereby **EXTENDED** to **May 30, 2025.** There will be no further extensions to this deadline.

**SO ORDERED.**

_____
**Ona T. Wang**
**U.S.M.J. 5/13/2025**