**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

HECTOR DE JESUS CRUZ REYES, et al.,    :

             :

        Plaintiffs,    :        22-CV-7956 (PAE) (OTW)

             :

        -against-    :        **ORDER**

             :

LA CASA DEL MOFONGO 207 LLC, et al.,    :

             :

        Defendants.    :

             :

             :

--------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on February 3, 2026. As **ORDERED** at the conference:

1. The parties are directed to file a joint status letter on the last business Friday of every month, beginning on **Friday, February 27, 2026.**

2. The parties are directed to file an updated jointly proposed 26(f) report to reflect the dates discussed at the conference by **Friday, February 13, 2026.**

        **SO ORDERED.**

                                *s/ Ona T. Wang*

Dated: February 4, 2026                **Ona T. Wang**
       New York, New York        United States Magistrate Judge