**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

HECTOR DE JESUS CRUZ REYES, et al.,

Plaintiffs,

-against-

LA CASA DEL MOFONGO 207 LLC, et al.,

Defendants.

-----------------------------------------------------------x

22-CV-7956 (PAE) (OTW)

**POST CONFERENCE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On November 19, 2026, the Court held a Status Conference in this matter. As discussed at the conference:

1. Plaintiff is directed serve the Cruz subpoena by Friday, November 20, 2026 at 12:00 P.M;

2. Parties are directed to select dates for Luna's and Vasquez's depositions by Friday, November 20, 2026 at 12:00 P.M. Plaintiff is then directed to serve the deposition subpoenas immediately;

3. Parties are directed to file a joint status letter on November 25, 2026, alerting the Court to: a) the selected dates and times for Luna's and Vasquez's depositions; b) the status of all subpoenas served or to be served by Plaintiff; and c) whether

Defendants have located the contact information for Ovalles, "Tatiana", and "Escarlaet."

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 19, 2026
New York, New York